UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BONANO,<br>Plaintiff,<br>-v-<br>ADA SARAH LUBIN *et al.*,<br>Defendants. | 25 Civ. 5583 (PAE) (JW)<br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

Plaintiff Michael Bonano, a prisoner proceeding *pro se*, brought this § 1983 action against the Assistant District Attorneys ("ADAs") who prosecuted him, a witness who testified at his criminal trial, and various public officials. The Complaint alleges facts that may be construed as giving rise to a malicious prosecution claim. On May 26, 2026, the Court dismissed the Complaint's claims against all defendants save Detective William Tierney. Dkt. 11 (the "Decision"). It did so on the grounds of (1) prosecutorial immunity, as to the ADAs, and (2) witness immunity and the absence of any state action, as to the trial witness. *See id.* at 2–5.

Pending now is Bonano's motion, ostensibly under "Rule 60(b)(1)," to reinstate the dismissed claims, arguing that the Decision erred. Dkt. 13. Affording that motion the special solicitude due *pro se* parties such as Bonano, the motion does not supply any basis for the Court to reconsider the Decision. The Court thus denies the motion.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 28, 2026
New York, New York